UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO "MARTY" MONTEZ, ) | Case No.: 1:12-CV-00502-AWI-BAM |
| ) | |
| Plaintiff, ) | **ORDER SETTING SETTLEMENT** |
| ) | **CONFERENCE** |
| vs. ) | |
| ) | |
| STERICYCLE, INC., and DOES 1-50, ) | **DATE: January 31, 2013** |
| inclusive, ) | **TIME: 9:30 a.m.** |
| ) | **COURTROOM 8, 6th Floor** |
| Defendants. ) | |
| ) | |

The Court has considered the Stipulation filed by the parties for a further Settlement Conference. The Court hereby sets a Settlement Conference on **January 31, 2013, at 9:30 a.m**. in Courtroom 8. **No later than seven days prior to the settlement conference**, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.

IT IS SO ORDERED.

Dated:   **December 11, 2012**             /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE