# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITO MONTEZ, | ) | 1:12-cv-0502-AWI-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING EXPERT |
| v. | ) | DISCLOSURE DEADLINE |
| | ) | |
| | ) | **(Doc. 16)** |
| STERICYCLE, INC., | ) | |
| | ) | |
| Defendants, | ) | |

**ORDER**

On January 28, 2013, Defendant Stericycle filed and unopposed and agreed motion to extend the expert disclosure deadline. (Doc. 16). Upon review of the motion, and for good cause being shown, Defendants motion is **GRANTED**.

IT IS HEREBY ORDERED that expert witness disclosures by any party, including supplemental expert witness disclosures by any party, shall be served no later than February 22, 2013. All other deadlines set forth in the June 20, 2012 scheduling order (Doc. 11) remain in place.

**IT IS SO ORDERED.**

Dated: **January 29, 2013**            /s/ **Barbara A. McAuliffe**
                                    **UNITED STATES MAGISTRATE JUDGE**

1