# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO MONTEZ, | Case No. 1:12-cv-0502-AWI-BAM |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| STERICYCLE, INC., | **DATE:** June 6, 2013<br>**TIME:** 10:30 AM |
| Defendants, | **Courtroom 8, 6th Floor** |

The Court has considered the Stipulation filed by the parties for a further Settlement Conference. The Court hereby sets a Settlement Conference on June 6, 2013, at 10:30 a.m. in Courtroom 8. No later than seven days prior to the settlement conference, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.

**IT IS SO ORDERED.**

Dated: May 7, 2013           /s/ **Barbara A. McAuliffe**
                             **UNITED STATES MAGISTRATE JUDGE**

1