1

2

3

4               UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
5

6   MARGARITO MONTEZ,                    )  Case No. 1:12-cv-0502-AWI-BAM
                                         )
7                                        )
                    Plaintiff,           )
8                                        )  ORDER SETTING SETTLEMENT
        v.                               )  CONFERENCE
9                                        )
                                         )
10  STERICYCLE, INC.,                    )  **DATE:        June 6, 2013**
                                         )  **TIME:        10:30 AM**
11                  Defendants,          )  **Courtroom 8, 6th Floor**
    _____ )
12

13

14

15         The Court has considered the Stipulation filed by the parties for a further Settlement

16  Conference. The Court hereby sets a Settlement Conference on June 6, 2013, at 10:30 a.m. in

17  Courtroom 8. No later than seven days prior to the settlement conference, each party shall submit

18  directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement

19  conference statement. This statement should neither be filed with the clerk of the Court nor served

20  on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and

21  time of the mandatory settlement conference indicated prominently.

22         **IT IS SO ORDERED.**

23     **Dated:    May 7, 2013                    /s/ Barbara A. McAuliffe**
                                               **UNITED STATES MAGISTRATE JUDGE**
24

25

26

27

28                                       1