**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO "MARTY" MONTEZ, ) | 1:12-cv-00502-AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE AND TAKING MATTER |
| v. ) | UNDER SUBMISSION |
| ) | |
| STERICYCLE, INC., and ) | (Doc. 28) |
| DOES 1-50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant Stericycle, Inc., has filed a motion for summary judgment (doc. 28), set for hearing on May 20, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the hearing date of May 20, 2013 is hereby VACATED and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 17, 2013

SENIOR DISTRICT JUDGE