1  Russell K. Ryan, #139835
   MOTSCHIEDLER, MICHAELIDES, WISHON,
2  BREWER & RYAN, LLP
   1690 West Shaw Avenue, Suite 200
3  Fresno, California 93711
   Telephone (559) 439-4000
4  Facsimile (559) 439-5654

5  Steven L. Hamann, Esq.
   Aaron R. Gelb, Esq.
6  VEDDER PRICE P.C.
   222 North LaSalle Street
7  Chicago, Illinois 60601
   Admitted Pro Hac Vice
8
   Attorneys for Defendant:
9
   STERICYCLE, INC.
10

**FILED**
JUL 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARGARITO "MARTY" MONTEZ, | Case No. 1:12-cv-00502-AWI-BAM |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| STERICYCLE, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Margarito Montez, by counsel, and Defendant, Stericycle, Inc., by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,                    Respectfully submitted,

/s/ Joshua F. Richtel                      /s/ Steven L. Hamann
Joshua F. Richtel                          Steven L. Hamann
TUTTLE & McCLOSKEY                         Aaron R. Gelb, Esq.
750 E. Bullard, #101                       Vedder Price P.C.
Fresno, California 93710                   222 North LaSalle Street, Suite 2600
*Attorney for Plaintiff*                   Chicago, IL 60601
                                           *Attorneys for Defendant*

It is so Ordered.  Dated: 7-24-13

_____
United States District Judge